■ The People of the State of New York, Respondent, v Anthony Powell, Appellant. [8 NYS3d 561]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Charles Solomon, J.), rendered on or about April 3, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence

not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.